**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 96-10291
Summary Calendar
_____

In The Matter of:  ERNEST W. WHITE, Debtor,


ERNEST W. WHITE,

Plaintiff-Appellant,

VERSUS

NATIONSBANC MORTGAGE CORPORATION, ET AL.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:96-CV-628-R)
_____

March 5, 1997

BEFORE DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Appellant filed a motion in the district court to file an out-of-time appeal to the district court from an adverse bankruptcy court judgment.  The district court denied appellant's motion because appellant gave no reason "why his appeal was not timely filed."  Appellant now challenges that order.  Appellant, however,

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

offers this court no reason for his failure to perfect a timely appeal to the district court from the bankruptcy court's judgment.

Because this appeal is frivolous, it is dismissed.

APPEAL DISMISSED.  Double costs imposed against appellant.